IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RE: 06-16217-EE

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 1 7 2007

THOMAS K. KAHN
CLERK

JOSE HERNANDEZ,
DAISY BRYAN,

5:05-cv-151-de-10 ERT

Plaintiffs-Appellees,

versus

ADRO JOHNSON,
SECRETARY, DEPARTMENT OF CORRECTIONS,
AL SOLOMON,
FNU BAXTER, Captain,
FNU BYLER, Officer,

Defendants-Appellants,

DAVID WORTHY, et al.,

Defendants.

On Appeal from the United States District Court
for the Middle District of Florida

ENTRY OF DISMISSAL

Pursuant to the appellants' motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 17th day of October, 2007.

THOMAS K. KAHN
Clerk of the United States
Court of Appeals for the Eleventh
Circuit

BY: Brenda F. Wiegmann
    Deputy Clerk

FOR THE COURT - BY DIRECTION

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 17, 2007

Sheryl L. Loesch
Clerk, U.S. District Court
207 NW 2ND ST RM 337
OCALA FL 34475-6666

**Appeal Number: 06-16217-EE**
Case Style: Jose Hernandez v. Adro Johnson
District Court Number: 05-00151 CV-OC-10-GRJ

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

~~Also enclosed is the record on appeal, as indicated below.~~

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann (404) 335-6174

Encl.

DIS-3 (6-2004)